# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| ROSS | : | 02-5466 |
| SOUTHALL | : | 02-4504 |
| WELLS, et al. | : | 02-4533 |
| THIERRY | : | 02-4634 |
| THOMAS | : | 02-4645 |
| BAIG | : | 02-4797 |
| ALMADA | : | 02-4806 |
| BRAUN, et al. | : | 02-4896 |
| BRASHIER, et al. | : | 02-4897 |
| BENNER, et al. | : | 02-4924 |
| BARR, et al. | : | 02-4941 |
| DANIELS, et al. | : | 02-4957 |
| GANTZ, et al. | : | 02-4982 |
| GEORGE, et al. | : | 02-4994 |
| GILBERTSON, et al. | : | 02-5035 |
| FRANKLIN, et al. | : | 02-5054 |
| HERNANDEZ, et al. | : | 02-5056 |
| CONTRERAS | : | 02-5079 |
| DEBERRY | : | 02-5080 |
| GOODEN, et al. | : | 02-5119 |
| GUINEA | : | 02-5152 |
| WOLD, et al. | : | 02-5171 |
| GUZMAN | : | 02-5180 |
| IGNACIO | : | 02-5210 |
| TORRENCE | : | 02-5220 |
| LAMPE, et al. | : | 02-5243 |
| MRAH, et al. | : | 02-5246 |
| FRANCIS | : | 02-5332 |
| BUSH, et al. | : | 02-5333 |
| BROSSIER | : | 2-5342 |
| TAKIKAWA | : | 02-5377 |
| SABOURIN, et al. | : | 02-5399 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

# **O R D E R**

**AND NOW,** this _____ day of July, 2002, the Court having been previously

advised that the above action cannot proceed to trial and disposition because of the following reason:

    [   ]  -  Order staying these proceedings pending disposition of a related action.

    [   ]  -  Order staying these proceedings pending determination of arbitration proceedings.

    [   ]  -  Interlocutory appeal filed.

    [ X ]  -  Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

 

_____
**J. Curtis Joyner, Judge**